## MUTSCHMAN et v PETRY

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 28, 1933

Hart, Koehler, Blumensteil & Strong, Alliance, for plaintiff in error.

Amerman & Mills, Canton, for defendant in error.

For full opinion see 40 OLR 22; 189 NE 658; 46 Oh Ap 525.